UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY,

         Plaintiff,

 - against -

SELECTIVE INSURANCE COMPANY OF AMERICA and BK TILE AND STONE INC.,

         Defendants.
-----------------------------------------------------------X

Civil Action No.: 1:22-cv-05316-FB-SJB

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       November 15, 2022

| | |
|---|---|
| RIVKIN RADLER LLP | KENNEDYS CMK LLP |
| *Joanne M. Engeldrum* | *[signature]* |
| Joanne M. Engeldrum, Esq. | Max W. Gershweir, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant Selective Insurance Company of America |
| 926 RXR Plaza | 570 Lexington Avenue – 8th Floor |
| Uniondale, New York 11556-0926 | New York, New York 10022 |
| (516) 357-3000 | Tel.: 212-252-0004 |
| joanne.engeldrum@rivkin.com | max.gershweir@kennedyslaw.com |